|   |   |
|---|---|
| ILLUMINA, INC.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ARIOSA DIAGNOSTICS, INC., et al.,<br><br>　　　　　Defendants. | Case No. 15-cv-02216-SI   (SI)<br>Consolidated with C-12-5501 (SI)<br><br>STATISTICAL CLOSING |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

   IT IS HEREBY ORDERED that this case shall be statistically closed as a result of it's consolidation with case with C-12-5501 SI, Verinata Health, Inc., et al. vs. Ariosa Diagnostics, Inc., et al.

**IT IS SO ORDERED.**

Dated: 11/19/15



　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　United States District Judge